## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NOS. 8:03CR200,** |
| | ) | **8:07CR95** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **DEVIN QUALLS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the Defendant's self surrender date (8:03CR200, Filing No. 77; 8:07CR95, Filing No. 21). The Assistant United States Attorney has represented that the government has no objection to the request.

Currently, the Defendant is to report by 2:00 p.m. on July 31, 2007. In light of the health issues discussed in his motion, the Defendant requests that his self surrender date be continued for 60 days.

IT IS ORDERED:

1. The Defendant's motion to extend his self surrender date (8:03CR200, Filing No. 77; 8:07CR95, Filing No. 21) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, October 1, 2007, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 19th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge